IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | NO. 4:22-MJ-413 |
| | § § | |
| ANTONIO GUZMAN INFANTE | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 8 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: June 8, 2022

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-MJ-413 |
| ANTONIO GUZMAN INFANTE (28) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 8 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:
- ☐ Crime of violence [18 U.S.C. § 3156]
- ☐ Maximum sentence of LIFE imprisonment or death
- ☒ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with 2 prior convictions in above categories
- ☐ Felony involving a minor victim
- ☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ☐ Felony involving a failure to register under 18 U.S.C. § 2250
- ☒ Serious risk that the Defendant will flee
- ☐ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
- ☒ Defendant's appearance as required
- ☒ The safety of the community
- ☐ The safety of another person

**3.** The United States **will** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:
- ☒ A Controlled Substance Offense punishable by 10 or more years imprisonment
- ☐ A firearms offense under Title 18, United States Code, Section 924(c)
- ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
- ☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
- ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
- ☐ The Defendant has previously been convicted of an offense described in 18 USC § 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing
- ☐ at the Defendant's first appearance
- ☒ After a continuance of 3 days.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ Laura G. Montes

LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas, 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was on this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: June 8, 2022

/s/ Laura G. Montes

LAURA G. MONTES
Assistant United States Attorney

# United States District Court

## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF RULE 5(c) HEARINGS |
| | § | (Excluding Probation Cases) |
| V. | § | |
| | § | |
| ANTONIO GUZMAN INFANTE | § | CASE NUMBER: 4:22-MJ-413 |

I, Antonio Guzman Infante, understand that in the SOUTHERN DISTRICT OF TEXAS/HOUSTON, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

( ) I have been informed I have no right to a preliminary examination

I HEREBY REQUEST THAT MY DETENTION HEARING BE

(✓) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ) held in this district.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 9 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

_____
Defendant

_____
Defense Counsel

June 8, 2022

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern District of Texas at Fort Worth

UNITED STATES OF AMERICA
V.

ANTONIO GUZMAN INFANTE

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 4:22-CR-229 | 4:22-MJ-413 |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify) ☐ Petition

charging a 21 U.S.C. 846

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF TEXAS/HOUSTON

**DESCRIPTION OF CHARGES:**

Conspiracy to possess with intent to distribute controlled substance

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 9 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA | ☐ None |
| Interpreter Required? | ☐ No | ☒ Yes | Language: | Spanish |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____    _____
Date                                                Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

CLOSED,INTERPRETER

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:22−mj−00413−BJ−1

| | |
|---|---|
| Case title: USA v. Guzman Infante | Date Filed: 06/08/2022 |
| Other court case number: 4:22CR229 Southern District of Texas/Houston | Date Terminated: 06/09/2022 |

Assigned to: Magistrate Judge Jeffrey L. Cureton

**Defendant (1)**

| | | |
|---|---|---|
| **Antonio Guzman Infante**<br>*TERMINATED: 06/09/2022* | represented by | **John J Stickney−FPD**<br>Federal Public Defender<br>Northern District of Texas<br>819 Taylor Street<br>Room 9A10<br>Fort Worth, TX 76102<br>817−978−2753<br>Fax: 817−978−2757<br>Email: John_J_Stickney@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Federal Public Defender Appointment<br>Bar Status: Admitted/In Good Standing |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Conspiracy to possess with intent to distribute controlled substance | |

1

**Plaintiff**

| USA | represented by | **Laura Montes−DOJ** United States Attorney's Office 801 Cherry St, Unit 4 Burnett Plaza, Suite 1700 Fort Worth, TX 76102 817−252−5200 Email: laura.montes@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: US Attorney's Office* *Bar Status: Not Admitted* |
|---|---|---|

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/08/2022 | | 4 | Arrest (Rule 5) of Antonio Guzman Infante. Case Number 4:22CR229 Indictment and Warrant from Southern District of Texas/Houston. (jah) (Entered: 06/08/2022) |
| 06/08/2022 | 1 | 5 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance re: Rule 5(c) Hearing NOT HELD on 6/8/2022 as to Antonio Guzman Infante; Deft arrested 6/8/22 on warrant from the Southern District of Texas/Houston; Deft executed financial affidavit; o/appointing FPD entered; Deft requests detention hearing be held in this district; Deft requires Spanish speaking interpreter, Initial Appearance to be reset along with Detention Hearing for 6/9/2022 01:30 PM; deft remanded to custody. Attorney Appearances: AUSA − Laura Montes; Defense − John Stickney. (No exhibits) Time in Court − :06. (Court Reporter: Digital File) (USPO Kirksey.) (jah) (Entered: 06/08/2022) |
| 06/08/2022 | 2 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Antonio Guzman Infante. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/8/2022) (jah) (Entered: 06/08/2022) |
| 06/08/2022 | 3 | 8 | MOTION for Pretrial Detention filed by USA as to Antonio Guzman Infante (jah) (Entered: 06/08/2022) |
| 06/09/2022 | 4 | 9 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Re: Rule 5(c) hearing as to Antonio Guzman Infante held on 6/9/2022. Date of Arrest: 6/8/2022 on indictment and warrant from the Southern District of Texas/Houston; deft previously executed financial affidavit & FPD was appointed 6/8/22; Rule 5(f) admonishment given; Deft executed waiver of identity & now requests detention hearing be held in the SDTX; o/commitment to prosecuting district entered; deft continued in custody & ordered removed to the Southern District of Texas/Houston for further court proceedings. Attorney Appearances: AUSA − Laura Montes; Defense − Michael Lehmann for John Stickney. (No exhibits) Time in Court − :06. (Court Reporter: Digital File) (Interpreter Juanita Dunlap.) (USPO Espinosa.) (jah) (Entered: 06/10/2022) |

| | | | |
|---|---|---|---|
| 06/09/2022 | 5 | 11 | ELECTRONIC ORDER As to Antonio Guzman Infante:<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.<br><br>By this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/9/2022) (jah) (Entered: 06/10/2022) |
| 06/09/2022 | 6 | 13 | WAIVER of Rule 5(c) Hearings by Antonio Guzman Infante (jah) (Entered: 06/10/2022) |
| 06/09/2022 | 7 | 14 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Antonio Guzman Infante. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Southern District of Texas/Houston. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/9/2022) (jah) (Entered: 06/10/2022) |

3

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Laura Montes-DOJ (brenetta.scott@usdoj.gov, caseview.ecf@usdoj.gov,
courtney.zak@usdoj.gov, cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov,
ginger.sanchez@usdoj.gov, janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov,
laura.montes@usdoj.gov, lauren.madere@usdoj.gov, michelle.thom@usdoj.gov,
rozetta.rew@usdoj.gov, usatxn.central.docketing@usdoj.gov, victoria.anderson@usdoj.gov),
Magistrate Judge Jeffrey L. Cureton (anne_hawley@txnd.uscourts.gov,
judge_cureton_ecfdocs@txnd.uscourts.gov, kristi_verna@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:14050893@txnd.uscourts.gov
Subject:Activity in Case 4:22-mj-00413-BJ USA v. Guzman Infante Arrest - Rule 5/32.1/40
Content−Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

U.S. District Court

Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 6/8/2022 at 6:07 PM CDT and filed on 6/8/2022

| | |
|---|---|
| **Case Name:** | USA v. Guzman Infante |
| **Case Number:** | 4:22−mj−00413−BJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of Antonio Guzman Infante. Case Number 4:22CR229 Indictment and Warrant from Southern District of Texas/Houston. (jah)**

**4:22−mj−00413−BJ−1 Notice has been electronically mailed to:**

Laura Montes−DOJ     laura.montes@usdoj.gov, Brenetta.Scott@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Zak@usdoj.gov, Cynthia.Hood@usdoj.gov, Deborah.Burson@usdoj.gov, Janise.Withers@usdoj.gov, Jessica.Sanchez@usdoj.gov, Lauren.Madere@usdoj.gov, Michelle.Thom@usdoj.gov, Rozetta.Rew@usdoj.gov, USATXN.Central.Docketing@usdoj.gov, Victoria.Anderson@usdoj.gov, ginger.sanchez@usdoj.gov

**4:22−mj−00413−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

4

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: John J Stickney-FPD (belinda_partida@fd.org, john_j_stickney@fd.org,
norma_field@fd.org, sara_nunez@fd.org, shea_griffin@fd.org), Laura Montes-DOJ
(brenetta.scott@usdoj.gov, caseview.ecf@usdoj.gov, courtney.zak@usdoj.gov,
cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov, ginger.sanchez@usdoj.gov,
janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov, laura.montes@usdoj.gov,
lauren.madere@usdoj.gov, michelle.thom@usdoj.gov, rozetta.rew@usdoj.gov,
usatxn.central.docketing@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey
L. Cureton (anne_hawley@txnd.uscourts.gov, judge_cureton_ecfdocs@txnd.uscourts.gov,
kristi_verna@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:14050898@txnd.uscourts.gov
Subject:Activity in Case 4:22-mj-00413-BJ USA v. Guzman Infante Hearing Not Held
```
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

U.S. District Court

Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 6/8/2022 at 6:12 PM CDT and filed on 6/8/2022

| | |
|---|---|
| **Case Name:** | USA v. Guzman Infante |
| **Case Number:** | <u>4:22−mj−00413−BJ</u> |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance re: Rule 5(c) Hearing NOT HELD on 6/8/2022 as to Antonio Guzman Infante; Deft arrested 6/8/22 on warrant from the Southern District of Texas/Houston; Deft executed financial affidavit; o/appointing FPD entered; Deft requests detention hearing be held in this district; Deft requires Spanish speaking interpreter, Initial Appearance to be reset along with Detention Hearing for 6/9/2022 01:30 PM; deft remanded to custody. Attorney Appearances: AUSA − Laura Montes; Defense − John Stickney. (No exhibits) Time in Court − :06. (Court Reporter: Digital File) (USPO Kirksey.) (jah)**


**4:22−mj−00413−BJ−1 Notice has been electronically mailed to:**

Laura Montes−DOJ     laura.montes@usdoj.gov, Brenetta.Scott@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Zak@usdoj.gov, Cynthia.Hood@usdoj.gov, Deborah.Burson@usdoj.gov,

Janise.Withers@usdoj.gov, Jessica.Sanchez@usdoj.gov, Lauren.Madere@usdoj.gov, Michelle.Thom@usdoj.gov, Rozetta.Rew@usdoj.gov, USATXN.Central.Docketing@usdoj.gov, Victoria.Anderson@usdoj.gov, ginger.sanchez@usdoj.gov

John J Stickney−FPD    John_J_Stickney@fd.org, belinda_partida@fd.org, norma_field@fd.org, sara_nunez@fd.org, shea_griffin@fd.org

**4:22−mj−00413−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 8 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA §
§
V. § NO. 4:22-MJ-413
§
ANTONIO GUZMAN INFANTE §

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: June 8, 2022

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-MJ-413 |
| ANTONIO GUZMAN INFANTE (28) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 8 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:
- ☐ Crime of violence [18 U.S.C. § 3156]
- ☐ Maximum sentence of LIFE imprisonment or death
- ☒ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with 2 prior convictions in above categories
- ☐ Felony involving a minor victim
- ☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ☐ Felony involving a failure to register under 18 U.S.C. § 2250
- ☒ Serious risk that the Defendant will flee
- ☐ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
- ☒ Defendant's appearance as required
- ☒ The safety of the community
- ☐ The safety of another person

**3.** The United States **will** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:
- ☒ A Controlled Substance Offense punishable by 10 or more years imprisonment
- ☐ A firearms offense under Title 18, United States Code, Section 924(c)
- ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
- ☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
- ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
- ☐ The Defendant has previously been convicted of an offense described in 18 USC § 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing
- ☐ at the Defendant's first appearance
- ☒ After a continuance of _3_ days.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ Laura G. Montes

LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas, 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was on this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: June 8, 2022

/s/ Laura G. Montes

LAURA G. MONTES
Assistant United States Attorney

8

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: John J Stickney-FPD (belinda_partida@fd.org, john_j_stickney@fd.org,
norma_field@fd.org, sara_nunez@fd.org, shea_griffin@fd.org), Laura Montes-DOJ
(brenetta.scott@usdoj.gov, caseview.ecf@usdoj.gov, courtney.zak@usdoj.gov,
cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov, ginger.sanchez@usdoj.gov,
janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov, laura.montes@usdoj.gov,
lauren.madere@usdoj.gov, michelle.thom@usdoj.gov, rozetta.rew@usdoj.gov,
usatxn.central.docketing@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey
L. Cureton (anne_hawley@txnd.uscourts.gov, judge_cureton_ecfdocs@txnd.uscourts.gov,
kristi_verna@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:14055335@txnd.uscourts.gov
Subject:Activity in Case 4:22-mj-00413-BJ USA v. Guzman Infante Initial Appearance
```
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

## U.S. District Court

## Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 6/10/2022 at 1:47 PM CDT and filed on 6/9/2022

| | |
|---|---|
| **Case Name:** | USA v. Guzman Infante |
| **Case Number:** | 4:22−mj−00413−BJ |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Re: Rule 5(c) hearing as to Antonio Guzman Infante held on 6/9/2022. Date of Arrest: 6/8/2022 on indictment and warrant from the Southern District of Texas/Houston; deft previously executed financial affidavit & FPD was appointed 6/8/22; Rule 5(f) admonishment given; Deft executed waiver of identity & now requests detention hearing be held in the SDTX; o/commitment to prosecuting district entered; deft continued in custody & ordered removed to the Southern District of Texas/Houston for further court proceedings. Attorney Appearances: AUSA − Laura Montes; Defense − Michael Lehmann for John Stickney. (No exhibits) Time in Court − :06. (Court Reporter: Digital File) (Interpreter Juanita Dunlap.) (USPO Espinosa.) (jah)**

**4:22−mj−00413−BJ−1 Notice has been electronically mailed to:**

9

Laura Montes−DOJ    laura.montes@usdoj.gov, Brenetta.Scott@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Zak@usdoj.gov, Cynthia.Hood@usdoj.gov, Deborah.Burson@usdoj.gov, Janise.Withers@usdoj.gov, Jessica.Sanchez@usdoj.gov, Lauren.Madere@usdoj.gov, Michelle.Thom@usdoj.gov, Rozetta.Rew@usdoj.gov, USATXN.Central.Docketing@usdoj.gov, Victoria.Anderson@usdoj.gov, ginger.sanchez@usdoj.gov

John J Stickney−FPD    John_J_Stickney@fd.org, belinda_partida@fd.org, norma_field@fd.org, sara_nunez@fd.org, shea_griffin@fd.org

**4:22−mj−00413−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Laura Montes-DOJ (brenetta.scott@usdoj.gov, caseview.ecf@usdoj.gov,
courtney.zak@usdoj.gov, cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov,
ginger.sanchez@usdoj.gov, janise.withers@usdoj.gov, jessica.sanchez@usdoj.gov,
laura.montes@usdoj.gov, lauren.madere@usdoj.gov, michelle.thom@usdoj.gov,
rozetta.rew@usdoj.gov, usatxn.central.docketing@usdoj.gov, victoria.anderson@usdoj.gov),
John J Stickney-FPD (belinda_partida@fd.org, john_j_stickney@fd.org, norma_field@fd.org,
sara_nunez@fd.org, shea_griffin@fd.org), Magistrate Judge Jeffrey L. Cureton
(anne_hawley@txnd.uscourts.gov, judge_cureton_ecfdocs@txnd.uscourts.gov,
kristi_verna@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:14055340@txnd.uscourts.gov
Subject:Activity in Case 4:22-mj-00413-BJ USA v. Guzman Infante Rule 5(f)(1) Order
```
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 6/10/2022 at 1:48 PM CDT and filed on 6/9/2022

| | |
|---|---|
| **Case Name:** | USA v. Guzman Infante |
| **Case Number:** | <u>4:22−mj−00413−BJ</u> |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**ELECTRONIC ORDER As to Antonio Guzman Infante:**

**This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.**

**By this order −− issued to the prosecution and defense counsel −− the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/9/2022) (jah)**

11

Case 4:22-mj-00413-BJ Document 8 Filed 06/10/22 Page 12 of 14 PageID 16

**4:22−mj−00413−BJ−1 Notice has been electronically mailed to:**

Laura Montes−DOJ     laura.montes@usdoj.gov, Brenetta.Scott@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Zak@usdoj.gov, Cynthia.Hood@usdoj.gov, Deborah.Burson@usdoj.gov, Janise.Withers@usdoj.gov, Jessica.Sanchez@usdoj.gov, Lauren.Madere@usdoj.gov, Michelle.Thom@usdoj.gov, Rozetta.Rew@usdoj.gov, USATXN.Central.Docketing@usdoj.gov, Victoria.Anderson@usdoj.gov, ginger.sanchez@usdoj.gov

John J Stickney−FPD     John_J_Stickney@fd.org, belinda_partida@fd.org, norma_field@fd.org, sara_nunez@fd.org, shea_griffin@fd.org

**4:22−mj−00413−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

# United States District Court

## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF RULE 5(c) HEARINGS |
| | § | (Excluding Probation Cases) |
| V. | § | |
| | § | |
| ANTONIO GUZMAN INFANTE | § | CASE NUMBER: 4:22-MJ-413 |

I, Antonio Guzman Infante, understand that in the SOUTHERN DISTRICT OF TEXAS/HOUSTON, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

( ) I have been informed I have no right to a preliminary examination

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 9 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

I HEREBY REQUEST THAT MY DETENTION HEARING BE

( ✓ ) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ) held in this district.

June 8, 2022

_____
Defendant

_____
Defense Counsel

13

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern District of Texas at Fort Worth

UNITED STATES OF AMERICA
V.

ANTONIO GUZMAN INFANTE

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 4:22-CR-229 | 4:22-MJ-413 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify) ☐ Petition

charging a    21    **U.S.C.**    846

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF TEXAS/HOUSTON

**DESCRIPTION OF CHARGES:**

Conspiracy to possess with intent to distribute controlled substance

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 9 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☐ No | ☒ Yes | Language: | Spanish |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____          _____
        Date                                  Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

14